IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                  CASE NO. CIV. 06-174 DFL GGH

    Plaintiff,

    v.                          <u>ORDER RE DISPOSITION AFTER</u>
                              <u>NOTIFICATION OF SETTLEMENT</u>

ELLSWORTH HARROLD CO., INC.;
and DOES 1 through 10,
inclusive,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, Scott N. Johnson, that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 23, 2006, and,

//

1

2. That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 5/3/2006

                                 DAVID F. LEVI
                                 United States District Judge